UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>NAVELLIER & ASSOCIATES, INC. and<br>LOUIS NAVELLIER,<br>　　Defendants. | Case No. 17-cv-11633-DJC |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff Securities and Exchange Commission ("the SEC") respectfully requests that the Court enter a final judgment against Defendants Navellier & Associates and Louis Navellier following the Court's determination that Defendants intentionally or recklessly violated Sections 206(1) and 206(2) of the Investment Advisers Act of 1940. The Court should enter a final judgment against the Defendants that: (a) permanently enjoins them from future violations of the Advisers Act; (b) requires them to pay disgorgement of $22,450,952 and prejudgment interest of $6,513,619 for a total of $28,964,571, and (c) require each Defendant to pay an appropriate third-tier civil penalty. In support of this motion, the SEC relies on its Memorandum, filed herewith, as well as the Declaration of Rory Alex (with exhibits).

        Respectfully submitted,

        SECURITIES AND EXCHANGE COMMISSION
        By its attorneys,

        /s/ Jennifer Cardello
        Jennifer A. Cardello (Mass. Bar No. 657253)
        Marc J. Jones (Mass. Bar No. 645910)
        William J. Donahue (Mass. Bar No. 631229)
        Robert B. Baker (Mass. Bar No. 637438)
        Attorneys for Plaintiff
        SECURITIES AND EXCHANGE COMMISSION
        33 Arch Street, 24th Floor
        Boston, MA  02110
        (617) 573-4577(Cardello)
        cardelloj@sec.gov

Dated:  March 25, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed on March 25, 2020, through the ECF system and will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) as of the date of this filing.

        /s/ Jennifer Cardello
        Jennifer Cardello

Dated:  March 25, 2020