UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) NAVELLIER & ASSOCIATES INC., LOUIS ) NAVELLIER, ) ) Defendants. ) ) | Case no. 17-cv-11633 DJC |

## NOTICE OF APPEAL

Notice is hereby given that Navellier & Associates, Inc. and Louis Navellier, Defendants in the above-captioned action, appeal to the United States Court of Appeals for the First Circuit from the Partial Summary Judgment Order filed on February 13, 2020, and companion Order Dismissing Counts Three and Four filed March 26, 2020, and the Order denying reconsideration/new trial filed on April 2, 2020 and all prior orders in this case subsumed in those February 13, 2020, March 26, 2020 and April 2, 2020 orders.

Dated: April 13, 2020 By:

Respectfully Submitted

*/s/SamueLKornhauser*_____
Samuel Kornhauser
Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, CA
(415) 981-6281
skornhauser@earthlink.net

BROOKS & DeRENSIS
111 Devonshire Street, Suite 800
Boston, MA 02109
(857) 259-5200
sbrooks@bdboston.com

Attorneys for Defendants

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2020.

/s/ *Dan Cowan*
Dan Cowan