# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: _____Securities and Exchange Commission v. Navellier & Associates, Inc et al_____

District Court Number: _____17cv11633-DJC_____

Fee:    Paid?   Yes  X    No _____    Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending        Yes _____ No  X          Sealed documents        Yes _____ No  X
*If yes, document #*    _____         *If yes, document #*    _____

*Ex parte* documents   Yes _____ No  X          Transcripts             Yes  X   No _____
*If yes, document #*    _____         *If yes, document #*    170,196,210,218,254

Notice of Appeal filed by: Plaintiff/Petitioner _____    Defendant/Respondent  X    Other: _____

Appeal from:

 #252 Memorandum and Order, #266 Electronic Order, #270 Electronic Order
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#252, #266, #270, and #273
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _273_____ filed on April 13, 2020_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  April 14, 2020____.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine_____
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**