# United States Court of Appeals
## For the First Circuit

No. 20-1437

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

LOUIS NAVELLIER; NAVELLIER & ASSOCIATES, INC.,

Defendants - Appellants.

Before

Torruella, Thompson and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 15, 2020

Plaintiff-Appellee U.S. Securities & Exchange Commission has filed a motion to dismiss this appeal for lack of jurisdiction. Defendants-Appellants filed an opposition which we have carefully reviewed and considered. The theories of appellate jurisdiction offered by appellants are inapplicable and unpersuasive; as such, this interlocutory appeal must be dismissed. <u>See</u> <u>U.S. Fidelity & Guar. Co. v. Arch Ins. Co.</u>, 578 F.3d 45, 55 (1st Cir. 2009) (burden of establishing appellate jurisdiction rests with party invoking it); <u>Watchtower Bible & Tract Soc. of New York, Inc.</u> v. <u>Colombani</u>, 712 F.3d 6, 12 (1st Cir. 2013) (appellate jurisdiction general principles); <u>see also</u> 28 U.S.C. §§ 1291, 1292.

We note that the parties report that during the pendency of this interlocutory appeal, the district court has issued final judgment and the appellants have filed a notice of appeal from the same.

The motion to dismiss the instant appeal for lack of jurisdiction is ALLOWED.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jennifer A. Cardello
Robert Bradley Baker
William J. Donahue
Paul Gerard Alvarez
Marc Jonathan Jones
Rachel McKenzie
Steven Joel Brooks
Samuel Kornhauser