UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAVELLIER & ASSOCIATES, INC. and LOUIS NAVELLIER,<br><br>Defendants | Civil Action No. 17-cv-11633 |

**DEFENDANTS' EMERGENCY MOTION TO STAY ENFORCEMENT OF FINAL JUDGMENT OR TO REDUCE AMOUNT OF SUPERSEDEAS BOND**

Pursuant to Federal Rules of Civil Procedure Rule 62(d) and Local Rules 62.2 Defendants Navellier & Associates, Inc. ("NAI") and Louis Navellier ("LN") (collectively "Defendants") hereby move to stay enforcement of the Final Judgment (DKT#285) until the Circuit Court of Appeals renders a decision on appeal from said final judgment.

In the alternative, Defendants request this Court to temporarily stay enforcement so that it can rule on this motion.

1

Defendants further move for an order reducing the supersedeas bond to $27,500 as that is all Defendants believe that they would be required to "disgorge" in light of the United States Supreme Court decision in *Liu v. SEC* if the summary judgment is upheld on appeal.

Respectfully submitted,

DATED: June 22, 2020        LAW OFFICES OF SAMUEL KORNHAUSER

By: /s/ Samuel Kornhauser
Samuel Kornhauser, Esq.
CA Bar No. 83528
Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, California, 94111
Telephone: (415) 981-6281
Email: skornhauser@earthlink.net

BROOKS & DeRENSIS
Steven Brooks
111 Devonshire Street, Suite 800
Boston, MA 02109
Telephone: (857) 259-5200
Email: sbrooks@bdboston.com

Attorneys for Defendants

## Rule 7.1

Counsel for Defendants and counsel for Plaintiff have met and conferred several times in an attempt to resolve this matter without the need for a contested motion but were unable to do so.

DATED: June 22, 2020		LAW OFFICES OF SAMUEL KORNHAUSER

By:/s/ Samuel Kornhauser
Samuel Kornhauser, Esq.
CA Bar No. 83528
Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, California, 94111
Telephone: (415) 981-6281
Email: skornhauser@earthlink.net

BROOKS & DeRENSIS
Steven Brooks
111 Devonshire Street, Suite 800
Boston, MA 02109
Telephone: (857) 259-5200
Email: sbrooks@bdboston.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I certify that on June 22, 2020, a copy of the foregoing was electronically filed through the ECF system and will be sent electronically to all persons identified in the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants.

Dated: June 22, 2020                                              /s/ Dan Cowan
                                                                                  Dan Cowan