# United States Court of Appeals
## For the First Circuit

No. 20-1581

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

NAVELLIER & ASSOCIATES, INC.; LOUIS NAVELLIER,

Defendants - Appellants.

Before

Torruella, Kayatta and Barron,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: July 1, 2020

     Before the court is "Appellants' Emergency Motion for…Temporary Stay of Enforcement of Final Judgment Pending Decision by District Court on Motion for Temporary Stay."  That motion is allowed insofar as the final judgment of the district court shall be stayed until such time as the district court has ruled on the motion for a stay of enforcement of the judgment pending before it.  By this order, we express no view as to the merits of the pending motion, or as to any element of the proceedings below.

     So ordered.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Steven Joel Brooks
Samuel Kornhauser
Jennifer A. Cardello
Robert Bradley Baker
Donald Campbell Lockhart
William J. Donahue
Paul Gerard Alvarez
Marc Jonathan Jones
Rachel McKenzie