UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVELLIER & ASSOCIATES, INC., and LOUIS NAVELLIER,<br><br>    Defendants. | Civil Action No. 1:17-cv-11633 |

**DEFENDANTS' RENEWED ASSENTED-TO REQUEST TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY ENFORCEMENT PENDING APPEAL AND/OR REDUCED SUPERSEDEAS BOND AND REQUEST TO FILE REPLY MEMORANDUM IN SUPPORT OF REQUEST TO FILE LOUIS NAVELLIER DECLARATION AND FINANCIAL INFORMATION IN SUPPORT OF SAID STAY/REDUCED SUPERSEDEAS BOND UNDER SEAL**

Defendants are preparing and are in the process of completing their reply memorandum in response to the SEC's responsive memorandum opposing Defendants' motion for stay pending appeal and/or to reduce supersedeas bond, and Defendants' reply to the SEC's opposition to filing under seal Louis Navellier's declaration and financial information in support of said motion. The SEC has assented to Defendants' filing a reply to the SEC's opposition to Defendants' stay/reduced supersedeas bond motion, and assented to Defendants filing a reply in support of the motion to seal.

Defendants made that motion for leave to file said reply memoranda and notified the Court of the SEC's assent, but has not as yet received an order granting leave to file said replies.

-1-

Defendants hereby renew their request for leave to file said reply memoranda which can be filed in the next few days, i.e., on or before July 9, 2020. The SEC's oppositions were not received until yesterday, July 6, 2020, so Defendants need a few days to prepare and complete their replies, which should be ready for filing by July 9, 2020 at the latest, and probably by tomorrow, July 8, 2020.

There are numerous misstatements of fact and law in the SEC's oppositions, which the Court should be made aware of, so that full and fair consideration, based on accurate factual and legal arguments, can be made by the Court before rendering a decision on these motions.

Therefore, Defendants renew their request for the Court to allow the filing of said reply memoranda in support of motion to stay/reduce supersedeas bond, and in support of motion to file Louis Navellier's declaration and financial information under seal.

Respectfully submitted,

DATED: July 7, 2020        LAW OFFICES OF SAMUEL KORNHAUSER

By:/s/ Samuel Kornhauser
Samuel Kornhauser, Esq.
CA Bar No. 83528
Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, California, 94111
Telephone: (415) 981-6281
Email: skornhauser@earthlink.net

BROOKS & DeRENSIS
Steven Brooks
111 Devonshire Street, Suite 800
Boston, MA 02109
Telephone: (857) 259-5200
Email: sbrooks@bdboston.com

Attorneys for Defendants

-3-

## LOCAL RULE 7.1 CERTIFICATION

On July 7, 2020 the undersigned met and conferred with SEC counsel, which assented to filing a reply to Defendants' motion to file Louis Navellier's declaration and financial information under seal.

| | |
|---|---|
| Dated:  July 7, 2020 | By:  /s/ *Samuel Kornhauser*<br>         Samuel Kornhauser |

Samuel Kornhauser, Esq.

CA Bar No. 83528

Law Offices of Samuel Kornhauser

155 Jackson Street, Suite 1807

San Francisco, California, 94111

Telephone: (415) 981-6281

Email: skornhauser@earthlink.net

BROOKS & DeRENSIS

Steven Brooks

111 Devonshire Street, Suite 800

Boston, MA 02109

Telephone: (857) 259-5200

Email: sbrooks@bdboston.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

-4-

    I hereby certify that this document was filed on this date through the ECF system and will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) as of this date of this filing.

| | |
|---|---|
| July 7, 2020 | By: <u>*Dan Cowan*</u><br>Dan Cowan |