# United States Court of Appeals
## For the First Circuit

No. 20-1437

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Plaintiff - Appellee

v.

LOUIS NAVELLIER; NAVELLIER & ASSOCIATES, INC.

Defendants - Appellants

**MANDATE**

Entered: August 6, 2020

In accordance with the judgment of June 15, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Paul Gerard Alvarez
Robert Bradley Baker
Steven Joel Brooks
Jennifer A. Cardello
William J. Donahue
Marc Jonathan Jones
Samuel Kornhauser
Rachel McKenzie