-1-

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAVELLIER & ASSOCIATES, INC., and LOUIS NAVELLIER,<br><br>Defendants. | Civil Action No. 1:17-cv-11633 |

## NOTICE OF UNAVAILABILITY

-2-

TO THE CLERK OF THE COURT, PLAINTIFF SECURITES AND EXCHANGE COMMISSION, AND ITS COUNSEL OF RECORD, AND TO OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned, counsel to defendants in this civil case Samuel Kornhauser, will be unavailable between August 15, 2020, and September 15, 2020 for all purposes including, but not limited to, receiving notices of any kind, appearing in court, responding to *ex parte* applications or attending depositions.Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299.

DATED this 18th day of August, 2020.

                LAW OFFICES OF SAMUEL KORNHAUSER

                _____/s/Samuel Kornhauser_____
                SAMUEL KORNHAUSER
                *Attorney for Defendants Louis Navellier and NAI*

-3-

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 155 Jackson Street, Suite 1807, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF UNAVAILABILITY** was served in the manner stated below:

1. **BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On August 18, 2020, I checked the CM/ECF docket for this civil case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - Marc Jones jonesmarc@sec.gov

2. **SERVED BY UNITED STATES MAIL**: On August 18, 2020, I served the following persons and/or entities by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows:

Marc Jones
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**/s/Dan Cowan**
Dan Cowan