# United States Court of Appeals
## For the First Circuit

No. 20-1581

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

NAVELLIER & ASSOCIATES, INC.; LOUIS NAVELLIER,

Defendants - Appellants.

Before

Torruella, Kayatta and Barron,
Circuit Judges.

**ORDER OF COURT**

Entered: August 20, 2020

Before the court is Appellee "Securities and Exchange Commission's Motion for a Limited Remand and Stay of the Briefing Schedule to Allow the District Court to Make Additional Factual findings and Conclusions of Law Regarding the Disgorgement Award in Light of Liu v. SEC." After review and consideration of the motion in question and of the appellants' opposition to the same, the motion is ALLOWED. This court otherwise retains jurisdiction.

The parties shall promptly inform this court when the district court issues its decision on remand. Any briefing schedule in the within appeal shall be issued only by further order of this court.

Appellants' Motion for Leave to File Sur-reply is DENIED.

So ordered.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Steven Joel Brooks
Samuel Kornhauser
Jennifer A. Cardello
Robert Bradley Baker
Donald Campbell Lockhart
William J. Donahue
Paul Gerard Alvarez
Marc Jonathan Jones
Rachel McKenzie