UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAVELLIER & ASSOCIATES, INC., and LOUIS NAVELLIER,<br><br>Defendants. | Civil Action No. 1:17-cv-11633 |

**DEFENDANTS' REQUEST FOR EXTENSION OF TIME REGARDING BRIEFING SCHEDULE FOR FINDING THE FACT AND CONCLUSIONS OF LAW REGARDING** *Liu v. SEC*

Pursuant to the Court's September 1, 2020 electronic order (DKT# 325), Defendants request that the Court extend the time for counsel to meet and confer and propose a briefing schedule as to the proposed findings of fact and conclusions of law as to *Liu v. SEC*. Defendants' counsel Samuel Kornhauser is out of state on a long planned vacation and will not return until September 17, 2020. Therefore, defense counsel asks that the Court modify its order so that the proposed briefing schedule be submitted and filed by September 22, 2020.

-2-

Respectfully submitted,

DATED: September 2, 2020     LAW OFFICES OF SAMUEL KORNHAUSER

                                      (Dictated)     By: /s/ Samuel Kornhauser
                                                            Samuel Kornhauser, Esq.
                                                            CA Bar No. 83528
                                                            Law Offices of Samuel Kornhauser
                                                            155 Jackson Street, Suite 1807
                                                            San Francisco, California, 94111
                                                            Telephone: (415) 981-6281
                                                            Email: skornhauser@earthlink.net

                                                            BROOKS & DeRENSIS
                                                            Steven Brooks
                                                            111 Devonshire Street, Suite 800
                                                            Boston, MA 02109
                                                            Telephone: (857) 259-5200
                                                            Email: sbrooks@bdboston.com

                                                           Attorneys for Defendants

-3-

## LOCAL RULE 7.1 CERTIFICATION

On September 2, 2020 the undersigned attempted to meet and confer with SEC counsel by email to obtain the SEC's assent to an extension. The undersigned has not as yet received a response.

Dated:  September 2, 2020                             By:  /s/ *Samuel Kornhauser*
                                                                              Samuel Kornhauser

                                                                         Samuel Kornhauser, Esq.
                                                                         CA Bar No. 83528
                                                                         Law Offices of Samuel Kornhauser
                                                                         155 Jackson Street, Suite 1807
                                                                         San Francisco, California, 94111
                                                                         Telephone: (415) 981-6281
                                                                         Email: skornhauser@earthlink.net

                                                                         BROOKS & DeRENSIS
                                                                         Steven Brooks
                                                                         111 Devonshire Street, Suite 800
                                                                         Boston, MA 02109
                                                                         Telephone: (857) 259-5200
                                                                         Email: sbrooks@bdboston.com

                                                                         Attorneys for Defendants

-4-

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed on this date through the ECF system and will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) as of this date of this filing.

September 2, 2020                                                             By: *Dan Cowan*
                                                                                      Dan Cowan