UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAVELLIER & ASSOCIATES, INC. and<br>LOUIS NAVELLIER,<br>Defendants. | Case No. 17-cv-11633-DJC |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR THE PARITES TO PROPOSE BRIEFING SCHEDULE**

The Commission does not oppose Defendants' Motion to Extend Time (ECF No. 326) by one week to and including September 22, 2020, of the Court's Order (ECF No. 325) for the parties to meet, confer and propose briefing schedules as to any proposed findings of fact and rulings of law as to *Liu v. Securities and Exchange Commission*.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Marc Jones
Marc J. Jones (Mass. Bar No. 645910)
Jennifer A. Cardello (Mass. Bar No. 657253)
William J. Donahue (Mass. Bar No. 631229)
Robert B. Baker (Mass. Bar No. 654023)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-8947 (Jones)
jonesmarc@sec.gov

Dated:  September 9, 2020

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document was filed on September 9, 2020, through the ECF system and will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) as of the date of this filing.

                                          /s/ Marc Jones
                                          Marc Jones

Dated: September 9, 2020