UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAVELLIER & ASSOCIATES INC., LOUIS NAVELLIER,<br><br>Defendants. | Case no. 17-cv-11633 DJC |

**NOTICE OF ATTORNEY PAYMENT OF FEES REGARDING AMENDED AND SUPPLEMENTAL APPEAL**

**Notice is hereby given that Navellier & Associates, Inc. and Louis Navellier, Defendants in the above-captioned action, hereby submit payment of the appeal fee in the amount of $505 for their Notice of Appeal filed October 18, 2021 in this Court** regarding First Circuit Appeal Case No. 21-1857.

Respectfully Submitted

Dated: November 12, 2021 By:

/s/Samuel Kornhauser
Samuel Kornhauser

Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, CA 94111
(415) 981-6281
samuel.kornhauser@gmail.com

BROOKS & DeRENSIS
111 Devonshire Street, Suite 800
Boston, MA 02109
(857) 259-5200
sbrooks@bdboston.com

Attorneys for Defendants/Appellants

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 12, 2021.

/s/ Samuel Rolnick
Samuel Rolnick